IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 1:20-cr-64- (TSE) |
| ) | |
| KEVIN HEWLETT, ) | The Honorable T.S. Ellis, III |
| Defendant. ) | |

WITHDRAWAL OF MOTION FOR A *FARETTA* HEARING

Comes now Defendant Kevin Hewlett, by counsel, and hereby withdraws his motion for a hearing pursuant to *Faretta v. California*, 422 U.S. 806 (1975).

Respectfully Submitted,

KEVIN HEWLETT
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on October 4, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1